JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE V., | NO. CV 24-6319 AGR |
| Plaintiff, | |
| **v.** | JUDGMENT |
| FRANK BISIGNANO, Commissioner of Social Security**,** | |
| Defendant. | |

IT IS HEREBY ADJUDGED that judgment is entered for the Plaintiff.  The decision of the Commissioner is reversed in part and remanded for further proceedings at the fifth step of the sequential analysis to apply the ALJ's residual functional capacity assessment except that Plaintiff is limited to sedentary work.

DATED: September 15, 2025

_____
ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE