1

2

3

4

5

6

7

8

9

10

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 11  JORGE VILLEGAS, | )  Case No.: 2:24-cv-06319-AGR |
| 12         Plaintiff, | )  {PROPOSED} ORDER AWARDING |
| 13         vs. | )  EQUAL ACCESS TO JUSTICE ACT )  ATTORNEY FEES AND EXPENSES )  PURSUANT TO 28 U.S.C. § 2412(d) |
| 14  FRANK BISIGNANO, Commissioner of Social Security, | )  AND COSTS PURSUANT TO 28 )  U.S.C. § 1920 |
| 15         Defendant | ) |
| 16 | ) |
| 17 | ) |

18    Based upon the parties' Stipulation for the Award and Payment of Equal

19  Access to Justice Act Fees, Costs, and Expenses:

20    IT IS ORDERED that fees and expenses in the amount of $7,200.00 as

21  authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. § 1920, be

22  awarded subject to the terms of the Stipulation.

23  DATE: October 23, 2025

*alicia G. Rosenberg*

24

25  THE HONORABLE ALICIA G. ROSENBERG
    UNITED STATES MAGISTRATE JUDGE

26

-1-